MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6748
    rebecca.falk@usdoj.gov

Attorneys for Federal Defendant

JAMES E. HOFFMAN (CSBN 91876)
ROBERT S. LEVIN (CSBN 105970)
DEBORAH FISCHL
LEVIN & HOFFMAN, LLP
23622 Calabasas Road, Suite 253
Calabasas, CA  91302
Telephone: (818) 990-2370

Attorney for Plaintiff Geraldine Chavez,
Guardian Ad Litem for Armani Coleman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALDINE CHAVEZ, GUARDIAN AD LITEM FOR ARMANI COLEMAN, | CASE NO. 13-04532 VC |
| Plaintiff, | JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [~~PROPOSED~~] ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
13-04532 VC

Defendant United States of America ("Defendant") and Plaintiff Geraldine Chavez, Guardian Ad Litem for Armani Coleman ("Plaintiff"), by and through their respective counsel, stipulate to extend the time for Defendant to respond to Plaintiffs' Complaint pursuant to Civil Local Rule 6-1(a) of the Northern District of California, as follows:

1. On October 1, 2013, Plaintiffs filed their Complaint for Wrongful Death ("Complaint"). Dkt. No. 1.

2. On December 9, 2013, Defendant filed its Answer. Dkt. No. 14.

3. On January 29, 2014, this Court entered a Civil Pretrial Order. Dkt. No. 21 setting the following dates:

> Discovery cutoff: September 26, 2014
>
> Expert disclosure: October 10, 2014
>
> Expert discovery cutoff: November 14, 2014
>
> Motions heard by: January 7, 2015
>
> Pretrial Conference: March 30, 2015 at 2:00 p.m.
>
> Trial: April 13, 2015 at 8:30 a.m. by Jury

4. In conformance with the schedule, Plaintiff and Defendant have propounded written discovery and scheduled the deposition of Geraldine Chavez.

5. On June 2, 2014, this Court granted the parties stipulated request to extend the ADR deadline to July 31, 2014. *See* Dkt. No. 23. In conformance with this deadline the Parties agreed to a private mediator and selected a mediation date in July. In light of the recent filings outlined below, however, this mediation has been taken off calendar.

6. On June 19, 2014, Plaintiff file a Motion for Appointment of Guardian Ad Litem and a Motion to Join Additional Party Defendant and to File Amended Complaint. Dkt. Nos. 25, 26. Defendant filed Statements of Non-Opposition to both Motions. Dkt. Nos. 29, 30. A hearing on these motions is set for July 31, 2014.

7. As set forth in detail in Plaintiff's Motion and Defendant's Statement of Non-Opposition, California's wrongful death statute provides for one cause of action for all heirs. Because Decedent Natasha Carmen Carmona Coleman was legally married at the time of her death, and because the time

JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
13-04532 VC                                                            1

for her surviving spouse, Nathaniel Coleman, to bring a claim against the United States has not run, he is a necessary party to this action. Plaintiff's counsel has requested that Mr. Coleman voluntarily join this action but he has failed to respond. If Mr. Coleman is not joined as a party defendant in the alternative, the United States may be exposed to a second action regarding the same claims in the future. The United States cannot participate in mediation without resolving this issue.

8. Because the parties cannot mediate this case in Mr. Coleman's absence, the parties respectfully request that the Court vacate the current ADR deadline of July 31, 2014, and reset it for October 31, 2014.

9. Because the parties cannot complete discovery, either with regard to the facts of this matter or expert discovery, without Mr. Coleman, the parties respectfully request that the Court vacate the previous Civil Pretrial Order and enter the following case management dates, each of which has been extended by six months past the original date:

Discovery cutoff:  March 26, 2015

Expert disclosure:  April 10, 2015

Expert discovery cutoff: May 14, 2015

Motions heard by: July 9, 2015

Pretrial Conference:  September 29, 2015 at 1:00 p.m.

Trial: October 12, 2015 at 8:30 a.m. by Jury

10. Due to these extenuating circumstances, and in order to address this issue and proceed with resolution of this matter, the parties hereby stipulate and respectfully request that the Court reset the case management deadlines in this matter to allow time for Nathaniel Coleman to be added as a party defendant, service, and his appearance. Once Mr. Coleman is a party to this matter, the Parties will be able to proceed to mediation and to complete discovery. To the extent that the Court wishes to discuss these matters with the Parties, they respectfully request that it schedule a Status Conference on July 31, 2014, the date on which Plaintiff's Motions to Appoint a Guardian Ad Litem as well as Join Additional Party Defendant and to File Amended Complaint are scheduled for hearing.

IT IS SO STIPULATED.

///

DATED: July 8, 2014          By:      /s/ Robert Levin
                                      ROBERT LEVIN
                                      Attorney for Plaintiff


DATED: July 8, 2014          MELINDA HAAG
                             United States Attorney

                             By:      /s/ Rebecca A. Falk
                             REBECCA A. FALK[1]
                             Assistant United States Attorney
                             Attorneys for Federal Defendant

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation by the parties, and good cause having been shown, it is hereby ordered that the ADR deadline in this matter is extended to October 31, 2014, and that the Case Management deadlines in this matter are extended as follows:

Discovery cutoff:  March 26, 2015

Expert disclosure:  April 10, 2014

Expert discovery cutoff: May 14, 2014

Motions heard by: July 9, 2015

Pretrial Conference:  September 29, 2015 at 1:00 p.m.

Trial: October ~~12~~ 13, 2015 at 8:30 a.m. by Jury

**IT IS SO ORDERED.**

DATED: July 31, 2014

                             HONORABLE VINCE CHHABRIA
                             UNITED STATES DISTRICT COURT JUDGE

---

[1] I, Rebecca A. Falk, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
13-04532 VC                                        3