United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERALDINE CHAVEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 13-cv-04532-VC

**ORDER GRANTING MOTIONS TO APPOINT GUARDIAN AD LITEM AND TO ADD DEFENDANT**

Re: Dkt. Nos. 25, 26

    The unopposed motions to appoint Geraldine Chavez as guardian ad litem for Armani Coleman and to join Nathaniel Coleman as a defendant are granted. The plaintiff may file an amended complaint within 21 days of this order.

    **IT IS SO ORDERED.**

Dated: July 31, 2014

_____
VINCE CHHABRIA
United States District Judge