1 | MELINDA HAAG (CSBN 132612)
United States Attorney
2 | ALEX G. TSE (CSBN 152348)
Chief, Civil Division
3 | NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

4
5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
6 | FAX: (415) 436-6748
neill.tseng@usdoj.gov

7
8 | Attorneys for Defendant
UNITED STATES OF AMERICA

9 | JAMES E. HOFFMAN, SBN 91876
ROBERT S. LEVIN, SBN 105970
10 | LEVIN & HOFFMAN, LLP
23622 Calabasas Road, Suite 253
11 | Calabasas, CA  91302
Tel:  (818) 990-2370
12 | Fax:  (818) 876-8526

13 | Attorneys for Plaintiffs
Geraldine Chavez, individually and
14 | Guardian ad Litem for Armani Coleman, a minor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALDINE CHAVEZ, individually and Guardian ad Litem for ARMANI COLEMAN, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and NATHANIEL COLEMAN,<br><br>Defendants. | CASE NO. 13-04532 VC<br><br>**STIPULATION TO RELEASE AUTOPSY PHOTOGRAPHS; [PROPOSED] ORDER** |

1  WHEREAS, this action concerns the death of Natasha Carmen Carmona Coleman ("Decedent"),
2  who was a mother of Plaintiff and wife of Defendant Nathaniel Coleman;
3  WHEREAS, the Contra Costa County Sheriff's Office/Coroner's Division conducted an autopsy
4  of Decedent;
5  WHEREAS, the Contra Costa County Sheriff's Office/Coroner's Division has informed
6  Defendant that it possesses one or more photographs of Decedent taken pursuant to the autopsy;
7  WHEREAS, the parties believe that the photograph(s) of Decedent possessed by the Contra
8  Costa County Sheriff's Office/Coroner's Division are reasonably likely to be relevant to the claims and
9  defenses in this action;
10  WHEREAS, the parties wish to obtain the photograph(s) of Decedent possessed by the Contra
11  Costa County Sheriff's Office/Coroner's Division;
12  WHEREAS, the Contra Costa County Sheriff's Office/Coroner's Division has informed
13  Defendant that it requires a Court order to release any photograph(s) of Decedent in its possession;
14  THEREFORE, subject to the approval of the Court, the parties, by and through their counsel of
15  record, hereby stipulate as follows:
16  The Contra Costa County Sheriff's Office/Coroner's Division shall release any and all
17  photographs of Decedent in its possession to the parties in this case upon written request.
18  IT IS SO STIPULATED.

DATED: August 21, 2014         By:    /s/ Robert S. Levin
                               ROBERT S. LEVIN
                               Attorneys for Plaintiffs
                               Geraldine Chavez, individually and Guardian ad Litem
                               for Armani Coleman, a minor

DATED: August 21, 2014         MELINDA HAAG
                               United States Attorney

                               By:    /s/ Rebecca A. Falk
                               REBECCA A. FALK[1]
                               Assistant United States Attorney
                               Attorneys for Federal Defendant

---

[1] I, Rebecca A. Falk, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

STIPULATION TO RELEASE AUTOPSY PHOTOGRAPHS; [PROPOSED] ORDER
13-04532 VC                                   2

1     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3   DATED: August 26, 2014

                            HONORABLE VINCE CHHABRIA

4                             UNITED STATES DISTRICT JUDGE