MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6748
    rebecca.falk@usdoj.gov

Attorneys for Federal Defendants
UNITED STATES OF AMERICA

JAMES E. HOFFMAN, SBN 91876
ROBERT S. LEVIN, SBN 105970
LEVIN & HOFFMAN, LLP
23622 Calabasas Road, Suite 253
Calabasas, CA 91302
Tel: (818) 990-2370
Fax: (818) 876-8526

Attorneys for Plaintiffs
Geraldine Chavez, individually and
Guardian ad Litem for Armani Coleman, a minor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALDINE CHAVEZ, individually and Guardian ad Litem for ARMANI COLEMAN, a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and NATHANIEL COLEMAN<br><br>    Defendants. | CASE NO. 13-04532 WHO<br><br>**JOINT STIPULATION AND DISMISSAL WITH PREJUDICE OF NATHANIEL COLEMAN PURSUANT TO FED. R. CIV. P. 41(a) AND [~~PROPOSED~~] ORDER** |

STIPULATION OF SETTLEMENT AND DISMISSAL OF NATHANIEL COLEMAN AND [PROPOSED] ORDER
13-04532 VC

Plaintiff Geraldine Chavez, as Guardian Ad Litem for Armani Coleman, a minor ("Plaintiff"), Defendant United States of America, by and through their respective counsel, and Defendant Nathaniel Coleman, pro se, hereby stipulate as follows:

1. Nathaniel Coleman was legally married to Natasha Carmen Carmona Coleman at the time of her death on or about October 20, 2012.

2. Plaintiff Geraldine Chavez, as guardian ad litem for her grandson, Armani Coleman, a minor, brought a wrongful death action against the United States of America alleging that Natasha Carmen Carmona's death was due to medical malpractice.

3. California law only permits one action for wrongful death, and, thus, all heirs are necessary parties.

4. Nathaniel Coleman declined to join this matter as a Plaintiff.

5. The Court granted Plaintiff's motion to amend his Complaint to add Nathaniel Coleman as a defendant. Dkt. No. 34.

6. Plaintiff amended his Complaint and added Nathaniel Coleman as a Defendant. Dkt. No. 35.

7. Defendant Nathaniel Coleman acknowledges that he was personally served in this matter on  9/16/14  [date] at  69 Cole Drive, Marin City, CA 94965  [address].

8. Defendant Nathaniel Coleman seeks to be dismissed from this matter with the understanding that any future claim against the United States of America for the wrongful death of Natasha Carmen Carmona Coleman will be barred by California's one action rule.

Based on these facts, Plaintiff, Defendant United States of America and Defendant Nathaniel Coleman hereby stipulate and agree to the dismissal of Nathaniel Coleman from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs and fees. All further pleadings in this matter shall be captioned *Geraldine Chavez, Guardian ad Litem for Armani Coleman, a minor v. United States of America*, No. C 13-04532 VC.

///

///

///

SO STIPULATED AND AGREED.

DATED: ~~August~~ __, 2014           By: /s/ *[signature]*
September 9/16/14                           Nathaniel Coleman
                                            Defendant, pro se

DATED: August 21, 2014              By:    /s/ Robert S. Levin
                                            ROBERT S. LEVIN
                                            Attorneys for Plaintiffs
                                            Geraldine Chavez, individually and Guardian ad Litem
                                            for Armani Coleman, a minor

DATED: August 21, 2014              MELINDA HAAG
                                    United States Attorney

                                    By:    /s/ Rebecca A. Falk
                                           REBECCA A. FALK[1]
                                           Assistant United States Attorney
                                           Attorneys for Federal Defendant

Pursuant to the stipulation of the parties, Nathaniel Coleman is dismissed from the above-captioned action without prejudice. All further pleadings in this matter shall be captioned *Geraldine Chavez, Guardian ad Litem for Armani Coleman, a minor v. United States of America*, No. C 13-04532 VC. The Clerk of the Court is directed to update the docket sheet in this matter and the files of the Court accordingly.

**IT IS SO ORDERED.**

DATED: October 1, 2014

                                    _____
                                    HONORABLE VINCE CHHABRIA
                                    UNITED STATES DISTRICT JUDGE

---

[1] I, Rebecca A. Falk, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

STIPULATION OF SETTLEMENT AND DISMISSAL OF NATHANIEL COLEMAN AND [PROPOSED] ORDER
13-04532 VC

## PROOF OF SERVICE

GERALDINE CHAVEZ, Guardian ad Litem for ARMANI COLEMAN, a minor, v. UNITED STATES OF AMERICA, et al.
USDC Case No. 13-04532-WHO

I, the undersigned, declare that: I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the instant case. My business address is 23622 Calabasas Road, Suite 253, Calabasas, California 91302.

On September 22, 2014, I served the foregoing document described as **JOINT STIPULATION AND DISMISSAL WITH PREJUDICE OF NATHANIEL COLEMAN PURSUANT TO FED.R.CIV.P. 41(a) AND [PROPOSED] ORDER** on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Rebecca A. Falk, Esq**
**Assistant United States Attorney**
**450 Golden Gate Avenue, Box 36055**
**San Francisco, CA 94102-3495**

X    **(BY U.S. MAIL IN THE ORDINARY COURSE OF BUSINESS)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-reference correspondence was placed for deposit at Calabasas, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 22, 2014 at Calabasas, California.

_Debra Fischl_
Debra Fischl

---

JOINT STIPULATION AND DISMISSAL WITH PREJUDICE OF NATHANIEL COLEMAN PURSUANT TO FED.R.CIV.P. 41(a) AND [PROPOSED] ORDER

## PROOF OF SERVICE

I, the undersigned, declare that: I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the instant case. My business address is 23622 Calabasas Road, Suite 253, Calabasas, California 91302.

On September 25, 2014, I served the foregoing document described as **JOINT STIPULATION AND DISMISSAL WITH PREJUDICE OF NATHANIEL COLEMAN PURSUANT TO FED.R. CIV.P. 41(a) AND [PROPOSED] ORDER** on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED

__X__ (BY U.S. MAIL IN THE ORDINARY COURSE OF BUSINESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-reference correspondence was placed for deposit at Calabasas, California and placed for collection and mailing following ordinary business practices.

___ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-reference document was placed for deposit at Calabasas, California and placed for collection and delivery following ordinary business practices (as noted).

___ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person[s] at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

___ (BY PERSONAL SERVICE By personally delivering copies to the person served. (STATE/FEDERAL)

___ I caused such envelope to be delivered by hand to the offices of the addressee pursuant to CCP § 1011. (STATE/FEDERAL)

___ (BY FACSIMILE) The facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006, subd. (d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 25, 2014, at Calabasas, California.

_/s/ Debra Fischl_
Debra Fischl

---

**JOINT STIPULATION AND DISMISSAL WITH PREJUDICE OF NATHANIEL COLEMAN PURSUANT TO FED.R. CIV.P. 41(a) AND [PROPOSED] ORDER**

## SERVICE LIST

Mr. Nathaniel Coleman
69 Cole Drive, Apt. 4
Marin City, California 94965

JOINT STIPULATION AND DISMISSAL WITH PREJUDICE OF NATHANIEL COLEMAN PURSUANT TO FED.R. CIV.P. 41(a) AND [PROPOSED] ORDER