MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6748
    rebecca.falk@usdoj.gov

Attorneys for Federal Defendant

JAMES E. HOFFMAN, SBN 91876
ROBERT S. LEVIN, SBN 105970
LEVIN & HOFFMAN, LLP
23622 Calabasas Road, Suite 253
Calabasas, CA  91302
Tel:  (818) 990-2370
Fax:  (818) 876-8526

Attorneys for Plaintiffs
Geraldine Chavez, Guardian ad Litem
for Armani Coleman, a minor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE CHAVEZ, GUARDIAN AD LITEM FOR ARMANI COLEMAN, <br><br>    Plaintiff, <br><br>  v. <br><br>UNITED STATES OF AMERICA, <br><br>    Defendant. | CASE NO. 13-04532 VC <br><br>STIPULATION TO CONTINUE DATE OF STATUS CONFERENCE AND [PROPOSED ORDER] |

1  Subject to the approval of the Court, defendant United States of America and Geraldine Chavez,
2  Guardian ad Litem for Armani Coleman, a minor ("Plaintiff"), by and through their undersigned
3  counsel, hereby stipulate and agree as follows:

4  1.  On July31, 2014, the Court ordered the parties to attend a Case Management Conference
5  on November 18, 2014.  Dkt. No. 32.

6  2.  On October 9, 2014, this case settled in full.  On October 23, 2014, Plaintiff filed a
7  Motion for Approval of Settlement of Minor's Claim, set for hearing on December 4, 2014.  Dkt. No.
8  44.  The stipulated Settlement Agreement was filed.  Dkt. No. 46.

9  3.  Accordingly, the parties hereby stipulate and respectfully request that the Case
10 Management Conference set for November 18, 2014 be vacated to allow time for resolution of the
11 above-referenced motion.

12 IT IS SO STIPULATED.

14 DATED: November 3, 2014          By:     /s/ Robert S. Levin
                                   ROBERT S. LEVIN
15                                 Attorneys for Plaintiffs
                                   Geraldine Chavez, Guardian ad Litem
16                                 for Armani Coleman, a minor

18 DATED: November 3, 2014          MELINDA HAAG
                                   United States Attorney

19                                 By:     /s/ Rebecca A. Falk
                                   REBECCA A. FALK[1]
20                                 Assistant United States Attorney
21                                 Attorneys for Federal Defendant

22 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23
24 DATED: November 5, 2014
                                   HONORABLE VINCE CHHABRIA
25                                 UNITED STATES DISTRICT JUDGE

---

[1] I, Rebecca A. Falk, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED ORDER]
13-04532 VC