UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE CHAVEZ,<br>    Plaintiff,<br>    v.<br>UNITED STATES OF AMERICA,<br>    Defendant. | Case No.  13-cv-04532-VC<br><br>**ORDER APPROVING SETTLEMENT AND DISMISSING CASE**<br><br>Re: Dkt. Nos. 44, 46 |

For the reasons stated on the record, the Court approves the parties' settlement and the case is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: December 4, 2014

_____
VINCE CHHABRIA
United States District Judge